UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EDGAR RENE NUNEZ, | § | |
| *Plaintiff* | § | |
| v. | § | CASE NO. A-17-CR-00270-RP |
| UNITED STATES OF AMERICA, | § | A-19-CV-1029-RP-SH |
| *Defendant* | § | |

**O R D E R**

On January 30, 2020, the Court granted Petitioner Edgar Nunez's Motion to Compel Attorney J. C. Castillo to Surrender Case File and Nunez's Motion to Stay § 2255 Proceedings. *See* Dkt. No. 176. The Court ordered J.C. Castillo to provide to Edgar Rene Nunez his entire criminal case file by February 10, 2020, and granted Petitioner an extension of time until March 2, 2020, to file an Amended § 2255.

Petitioner now has notified the Court that although Mr. Castillo complied with the Court's Order, staff at FCI Oakdale sent the case file back to Mr. Castillo before delivering it to Petitioner. *See* Dkt. No. 177. Accordingly, Petitioner seeks another extension of time to prepare his Amended § 2255 Motion. The Court **GRANTS** Petitioner's request and **ORDERS** that any Amended § 2255 Motion must be filed with the Court by **March 30, 2020**. Thereafter, the Court will serve the defendant and issue a briefing schedule in the case.

**SIGNED** on March 4, 2020.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE